UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cr-20049-PCH

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**NICHOLAS ALFONSO ADLON,**

    Defendant.

_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** came before the Court upon Magistrate Judge Lauren Louis's Report and Recommendation ("R&R") on Change of Plea [**ECF No. 24**]. In the R&R, Judge Louis found that the Defendant, Nicholas Alfonso Adlon, freely and voluntarily entered a plea of guilty as to Count 1 of the Indictment, which charges Defendant with Possession of Visual Depictions Involving the Sexual Exploitation of Minors, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2); and Count 2, which charges Defendant which charges him with Failure to Register Under the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Section 2250(a).

Magistrate Judge Louis recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of Count 1 and Count 2 of the Indictment, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Judge Louis's R&R, no objections have been filed, and the time to file objections has expired. Therefore, based on a *de novo* review of the evidence presented, it is hereby

1

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Louis's R&R on Change of Plea **[ECF No. 24]** is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Count 1 and Count 2 of the Indictment; and (3) a sentencing hearing is set for **Thursday, October 9, 2025 at 10:00 a.m.**, before the Honorable Paul C. Huck in the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida.

**DONE AND ORDERED** in Miami, Florida on July 31, 2025.

HONORABLE PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Lauren Louis
Counsel of record